UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIRMINGHAM ASSOCIATES LTD,

        Plaintiff,

— against —

ABBOTT LABORATORIES,

        Defendant.

---

07 Civ. 11332 SAS ( )

**RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff, by and through its undersigned counsel, states that Middleton International Limited is the parent company of Birmingham Associates Ltd ("Birmingham"). No publicly held corporation owns 10% or more of Birmingham's stock.

Dated: New York, New York
       December 17, 2007

                          DECHERT LLP

                          By: _____
                              Robert A. Cohen
                              Daniel C. Malone
                              Ross L. Hirsch

                          30 Rockefeller Plaza
                          New York, New York 10112
                          (212) 698-3500 (phone)
                          (212) 698-3599 (facsimile)

                          *Attorneys for Plaintiff*
                          *Birmingham Associates Ltd.*