UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BIRMINGHAM ASSOCIATES LTD,

    Plaintiff,

    v.                                        **AFFIDAVIT OF SERVICE**
                                                    07 Civ. 11332

ABBOTT LABORATORIES,
          Defendant.
------------------------------------------------------------X

STATE OF NEW YORK    )
                               : ss.:
COUNTY OF NEW YORK  )

    Jefferson Holder , being duly sworn, deposes and says:

    1.    I am over the age of eighteen, not a party to the above-captioned action and reside in New York, New York.

    2.    That on the 18th day of December 2007, deponent served a true and exact copy of the Summons & Complaint and Civil Cover Sheet on Abbott Laboratories by serving its registered agent CT Corporation, located at 111 Eighth Avenue New York, New York 10011 by personally delivering and leaving same with an individual who identified herself as Sabrina Ambrose, Process Specialist and who stated that she is authorized to accept service of legal papers.

    3.    Ms. Ambrose can be described as an African American female, approximately 34 years of age, approximately 5'3" tall, weighs approximately 150lbs, with black hair.

                                                                     _____
                                                                       Jefferson Holder

Sworn to before me this
20th day of December 2007

_____
Notary Public

LUIS A. LOPEZ
NOTARY PUBLIC, State of New York
No. 01LO4028747
Qualified in Rockland County
Commission Expires March 30, 2010