PATTERSON BELKNAP WEBB & TYLER LLP
William F. Cavanaugh, Jr. (WC-3474)
Nicolas Commandeur (NC-4280)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Defendant Abbott Laboratories*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

BIRMINGHAM ASSOCIATES LTD,

     Plaintiff,

   v.

ABBOTT LABORATORIES,

     Defendant.
------------------------------------x

Case No. 07 Civ. 11332 (SAS)

ECF Case

**ABBOTT LABORATORIES'
NOTICE OF MOTION TO
COMPEL ARBITRATION AND TO
STAY THIS LITIGATION**

To: Clerk of Court
   All Counsel of Record

    **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declarations of Steven T. Kipperman, Michele Bonke, and William F. Cavanaugh, Jr., Defendant Abbott Laboratories will move this Court, before the Hon. Shira A. Scheindlin, on a date and time to be determined, at the United States Courthouse, 500 Pearl Street, New York,

New York, for an order granting Abbott Laboratories' Motion to Compel Arbitration and to Dismiss or Stay this Litigation.

Dated: January 29, 2008
New York, New York

                Respectfully submitted,

                By: _____
                     William F. Cavanaugh, Jr.

                PATTERSON BELKNAP WEBB & TYLER LLP
                1133 Avenue of the Americas
                New York, New York 10036
                (212) 336-2000

                *Attorneys for Defendant Abbott Laboratories*