PATTERSON BELKNAP WEBB & TYLER LLP
William F. Cavanaugh, Jr. (WC-3474)
Nicolas Commandeur (NC-4280)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Defendant Abbott Laboratories*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
BIRMINGHAM ASSOCIATES LTD,                : Case No. 07 Civ. 11332 (SAS)
                                          :
                                          : ECF Case
            Plaintiff,                    :
                                          :
       v.                                 :
                                          :
ABBOTT LABORATORIES,                      :
                                          :
            Defendant.                    :
------------------------------------- x

## DECLARATION OF MICHELE BONKE

Michele Bonke hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 at follows:

1.  I am Paralegal for Defendant Abbott Laboratories ("Abbott"). I submit this declaration in support of Abbott's Motion to Compel Arbitration and to Dismiss or Stay this Litigation, and in support of Abbott Laboratories Vascular Enterprises Inc.'s ("ALVE's") Motion to Intervene and to Compel Arbitration.

2.  ALVE is an indirect, wholly-owned subsidiary of Abbott organized under the laws of Ireland. ALVE is essentially a holding company for intellectual property, which owns, among other things, the intellectual property associated with the ZoMaxx™ Drug-Eluting Coronary Stent System.

1

1429031v.1

2

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2008
Abbott Park, Illinois

_____
MICHELE BONKE

1429031v.1