PATTERSON BELKNAP WEBB & TYLER LLP
William F. Cavanaugh, Jr. (WC-3474)
Nicolas Commandeur (NC-4280)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Defendant Abbott Laboratories*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BIRMINGHAM ASSOCIATES LTD,

    Plaintiff,

    v.

ABBOTT LABORATORIES,

    Defendant.

------------------------------------- x

Case No. 07 Civ. 11332 (SAS)

ECF Case

**ORDER**

This matter having been brought before the Court by Patterson Belknap Webb & Tyler LLP, attorneys for Defendant Abbott Laboratories ("Abbott"), on its motion to compel arbitration and to dismiss or stay this litigation,

AND THE COURT HAVING CONSIDERED all papers filed in support of and in opposition to Abbott's motion, and all prior proceedings herein, and for good cause shown,

IT IS HEREBY ORDERED that Abbott's motion to compel arbitration of the issues raised in Plaintiff Birmingham Associates Ltd.'s complaint in this action (the "Complaint") is GRANTED; and

IT IS HEREBY FURTHER ORDERED that the Complaint is dismissed.

Dated: _____

                                                              HON. SHIRA A. SCHEINDLIN, U.S.D.J.