PATTERSON BELKNAP WEBB & TYLER LLP
William F. Cavanaugh, Jr. (WC-3474)
Nicolas Commandeur (NC-4280)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Proposed-Intervenor Abbott
Laboratories Vascular Enterprises Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| BIRMINGHAM ASSOCIATES LTD, | : Case No. 07 Civ. 11332 (SAS) |
|  | : |
|  | : ECF Case |
| Plaintiff, | : |
|  | : **ABBOTT LABORATORIES** |
| v. | : **VASCULAR ENTERPRISES INC.'S** |
|  | : **NOTICE OF MOTION TO** |
| ABBOTT LABORATORIES, | : **INTERVENE AND TO COMPEL** |
|  | : **ARBITRATION** |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To:     Clerk of Court
        All Counsel of Record

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law

and Declarations of Steven T. Kipperman, Michele Bonke and William F. Cavanaugh, Jr.,

Proposed-Intervenor Abbott Laboratories Vascular Enterprises, Inc., will move this Court, before

the Hon. Shira A. Scheindlin, on a date and time to be determined, at the United States

Courthouse, 500 Pearl Street, New York, New York, for an order granting Abbott Laboratories

Vascular Enterprises, Inc.'s Motion to Intervene and to Compel Arbitration.

Dated:  January 29, 2008
        New York, New York

                        Respectfully submitted,

                        By: _William F. Cavanaugh Jr._
                            William F. Cavanaugh, Jr.

                        PATTERSON BELKNAP WEBB & TYLER LLP
                        1133 Avenue of the Americas
                        New York, New York 10036
                        (212) 336-2000

                        *Attorneys for Proposed-Intervenor Abbott*
                        *Laboratories Vascular Enterprises Inc.*

PATTERSON BELKNAP WEBB & TYLER LLP
William F. Cavanaugh, Jr. (WC-3474)
Nicolas Commandeur (NC-4280)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
*Attorneys for Proposed-Intervenor Abbott
Laboratories Vascular Enterprises Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| BIRMINGHAM ASSOCIATES LTD, | : Case No. 07 Civ. 11332 (SAS) |
| | : |
| | : ECF Case |
| Plaintiff, | : |
| | : **ORDER** |
| v. | : |
| | : |
| ABBOTT LABORATORIES, | : |
| | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      This matter having been brought before the Court by Patterson Belknap Webb & Tyler LLP, attorneys for Proposed-Intervenor Abbott Laboratories Vascular Enterprises Inc. ("ALVE"), on its motion to intervene and to compel arbitration,

      AND THE COURT HAVING CONSIDERED all papers filed in support of and in opposition to ALVE's motion, and all prior proceedings herein, and for good cause shown,

      IT IS HEREBY ORDERED that ALVE's motion to intervene is GRANTED; and

      IT IS HEREBY FURTHER ORDERED that ALVE's motion to compel arbitration of its dispute with Plaintiff Birmingham Associates, Ltd., ("Birmingham") regarding whether ALVE or any of its affiliates violated any duty to Birmingham by the termination of the commercial development of the ZoMaxx™ Drug-Eluting Coronary Stent System is GRANTED.

Dated: _____    _____

                                    HON. SHIRA A. SCHEINDLIN, U.S.D.J.