PATTERSON, BELKNAP, WEBB & TYLER LLP
William F. Cavanaugh, Jr., Esq. (WC-3474)
Nicolas Commandeur, Esq. (NC-4280)
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000

*Attorneys for Proposed-Intervenor
Abbott Laboratories Vascular Enterprises Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIRMINGHAM ASSOCIATES LTD,

        Plaintiff,

- against -

ABBOTT LABORATORIES,

        Defendant.

---

07 CV 11332 (SAS)

**ORDER**

IT IS HEREBY ORDERED that Proposed-Intervenor Abbott Laboratories Vascular Enterprises, Ltd.'s ("ALVE's") Motion to Intervene and to Compel Arbitration (the "Motion") shall be filed on or before January 29, 2008; that Plaintiff's opposition to the Motion shall be filed on or before February 19, 2008; and that ALVE's reply in further support of the Motion shall be filed on or before February 29, 2008.

Dated: January 30, 2008

                                              HON. SHIRA A. SCHEINDLIN, U.S.D.J.