

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIRMINGHAM ASSOCIATES LTD,

                Plaintiff,

— against —

ABBOTT LABORATORIES,

                Defendant.

07 Civ. 11332 (SAS)

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED by and between the parties, that, plaintiff Birmingham Associates Ltd.'s Cross-Motion for an Order Enjoining Alternative Dispute Resolution (the "Cross-Motion") having been filed on February 19, 2008, proposed intervenor Abbott Laboratories Vascular Enterprises, Ltd.'s opposition to the Cross-Motion shall be filed on or before February 29, 2008, and plaintiff's reply in further support of the Cross-Motion shall be filed on or before March 7, 2008.

Dated: February 25, 2008

PATTERSON, BELKNAP, WEBB
& TYLER LLP
   William F. Cavanaugh, Jr.
   Nicolas Commandeur
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
*Attorneys for Proposed Intervenor*
*Abbott Laboratories Vascular Enterprises Ltd.*

DECHERT LLP
   Daniel C. Malone
   George K. Foster
   Ross L. Hirsch
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 698-3500
Fax: (212) 698-3599
*Attorneys for Plaintiff Birmingham*
*Associates, Ltd.*

SO ORDERED:

_____
Hon. Shira A. Scheindlin, U.S.D.J.

2/26/08