UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
BIRMINGHAM ASSOCIATES LTD,

                Plaintiff,

        v.

ABBOTT LABORATORIES,

                Defendant.
------------------------------------- x

Case No. 07 Civ. 11332 (SAS)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Abbott Laboratories, by its attorneys, Patterson, Belknap, Webb & Tyler LLP, states that it has no parent companies and no publicly held companies own 10% or more of its stock.

Dated: New York, New York
      March 17, 2008

                              Respectfully submitted,

                              PATTERSON, BELKNAP, WEBB & TYLER LLP

                              By: _____
                                 WILLIAM F. CAVANAUGH, JR. (WC-3474)
                              Attorneys for Defendant Abbott Laboratories and
                              Proposed-Intervenor Abbott Laboratories Vascular
                              Enterprises, Inc.
                              1133 Avenue of the Americas
                              New York, New York 10036
                              (212) 336-2000

TO:    Daniel C. Malone, Esq.
         DECHERT LLP
         30 Rockefeller Plaza
         New York, NY 10112-2200

1443862v.1