UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BIRMINGHAM ASSOCIATES LTD, : Case No. 07 Civ. 11332 (SAS)
: 
: **RULE 7.1 STATEMENT**
Plaintiff, :
:
v. :
:
ABBOTT LABORATORIES, :
:
Defendant. :
------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, proposed-intervenor Abbott Laboratories Vascular Enterprises, Inc., by its attorneys, Patterson, Belknap, Webb & Tyler LLP, states that the following identifies all of its parent companies and publicly held companies that own 10% or more of its stock:

1. Abbott Products;

2. Abbott Bahamas Overseas Business Corporation;

3. Abbott Pharmaceuticals PR Ltd.;

4. Abbott Hospitals Limited;

5. Abbott Health Products, Inc.;

6. Abbott Laboratories.

Dated: New York, New York
March 17, 2008

1443865v.1

Respectfully submitted,

PATTERSON, BELKNAP, WEBB & TYLER LLP

By: _____
WILLIAM F. CAVANAUGH, JR. (WC-3474)
Attorneys for Defendant Abbott Laboratories and
Proposed-Intervenor Abbott Laboratories Vascular
Enterprises, Inc.
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

TO:   Daniel C. Malone, Esq.
      DECHERT LLP
      30 Rockefeller Plaza
      New York, NY 10112-2200

1443865v.1