UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

BIRMINGHAM ASSOCIATES LTD.,            :

       Plaintiff,               :

    -against-                              :

ABBOTT LABORATORIES,                   :

       Defendant.              :

------------------------------------ X

CASE NO. 07 cv 11332(SAS)
ECF


**NOTICE OF CHANGE OF ADDRESS**

    PLEASE TAKE NOTICE, that effective May 19, 2008, the law firm of Dechert LLP,

will be located at 1095 Avenue of the Americas, New York, NY 10036-6797. The telephone and

facsimile numbers will remain the same.

Dated: New York, New York.
      May 15, 2008

Respectfully submitted,

DECHERT LLP


By: /s/ Daniel J. Malone
    Daniel J. Malone
daniel.malone@dechert.com
30 Rockefeller Plaza
New York, NY  10112-2200
212-698-3500
212-698-3599
Attorneys for Plaintiff